

# Fourth Court of Appeals
## San Antonio, Texas

July 9, 2014

No. 04-14-00355-CV

**IN THE INTEREST OF N.A.S, B.R.S., AND R.C.S.**,

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. Fl-13-117
Honorable Stephen B. Ables, Judge Presiding

# O R D E R

The appellant's motion for extension of time to file brief is GRANTED.

_____
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of July, 2014.

_____
Keith E. Hottle
Clerk of Court